# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA



MICHEAL RUSSELL,

    Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

Case No. 3:23cv603

NOTICE OF VOLUNTARY
DISMISSAL WITHOUT
PREJUDICE AS TO EQUIFAX
INFORMATION SERVICES LLC.

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC,

NOTICE IS HEREBY GIVEN that Pro Se Plaintiff MICHEAL RUSSELL hereby dismisses all causes of action in his complaint against Defendant EQUIFAX INFORMATION SERVICES, LLC., without prejudice.

DATE: December 29, 2023

Respectfully submitted,

                                        /s/ Micheal Russell

                                        Micheal Russell

                                        *Pro Se Plaintiff*

**SO ORDERED**

/s/
M. Hannah Lauck
United States District Judge

01/04/2024

## CERTIFICATE OF SERVICE

I certify that, on December 29, 2023, I filed the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICE, LLC, with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

/s/ *Micheal Russell*
Micheal Russell

*Pro Se Plaintiff*